AO 91 (Rev. 11/11)  Criminal Complaint                                                     AUSA Windom_2019R00568

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>WILLIAM GARFIELD BILBROUGH IV<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  20-mj-194-CBD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __8/19/2019 - 1/11/2020__ in the county of __Prince George's__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii), (iii), and (v)(I); 18 U.S.C. § 2 | transporting and harboring certain aliens, and conspiracy to do so; aiding-and-abetting |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Rachid T. Harrison dated January 14, 2020.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rachid T. Harrison, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Jan 14, 2020__

_____
*Judge's signature*

City and state: __Greenbelt, MD__      Charles B. Day, U.S. Magistrate Judge
*Printed name and title*