IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICAN | * | |
| VS | * | CBD 20-0194 |
| WILLIAM BILBROUGH | * | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Robert C. Bonsib, Esq., as CJA attorney for the Defendant in the above captioned matter.

Respectfully submitted,

MARCUSBONSIB, LLC

*/S/ Robert C. Bonsib*

ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland  20770
(301) 441-3000
Bar No. 00324

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was hand delivered this 14th day of January, 2020 to Assistant United States Attorney Thomas Windom, Office the United States Attorney for the District of Maryland.

*/s/ Robert C. Bonsib*

ROBERT C. BONSIB