

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAN 1 6 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**UNITED STATES OF AMERICA**

vs.

**WILLIAM GARFIELD BILBROUGH, IV**

Case No.   CBD 20-mj-00194

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __January 22, 2020__ (date) at __2:00 pm__ (time) before __Honorable Timothy J. Sullivan__, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom ____TBD____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

January 16, 2020
Date

Charles B. Day
United States Magistrate Judge

2020 JAN 16 PM 4:49
U.S. MARSHALS
GREENBELT, MD.

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention