# UNITED STATES OF AMERICA

## vs.

## WILLIAM GARFIELD BILBROUGH, IV



FILED
LOGGED

ENTERED
RECEIVED

JAN 1 6 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                                    DEPUTY

**Criminal No. CBD 20-mj-00194**                    **Government's Exhibits**

### INITIAL APPEARANCE HEARING

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---|
| 1 | 01/16/2020 | 01/16/2020 | Photo |
| 2 | 01/16/2020 | 01/16/2020 | Photo |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)