```
                    FILED ___  ENTERED
                    LOGGED ___ RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAN 1 6 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

**United States of America**
**Plaintiff**            *

vs.                      *   Case No.: CBD 20-mj-00194

**William Garfield Bilbrough, IV**
                         *
**Defendant**            *
                         *

\*\*\*\*\*\*

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| Exhibits entered into evidence at Initial Appearance Hearing | Exhibits entered into evidence at _____ |
| All Plaintiff's exhibits returned: January 16, 2020 | All Defendant's exhibits returned: _____ |

Received the above listed exhibits this date: January 16, 2020

Counsel for Plaintiff/Government:          Counsel for Defendant:

X_____[signature]_____                     X_____

X_____                        X_____

**Date: January 16, 2020**

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits