

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| v. | * CASE NO. 20-mj-194-CBD |
| WILLIAM GARFIELD BILBROUGH IV, | * |
| Defendant | * |

*******

## GOVERNMENT'S EXHIBIT LIST FOR BAIL REVIEW HEARING

| Exh. No. | Description | ID'd | Admitted |
|---|---|---|---|
| 1 | Photo | JAN 2 2 2020 | JAN 2 2 2020 |
| 2 | Photo | JAN 2 2 2020 | JAN 2 2 2020 |
| 3 | Photo | JAN 2 2 2020 | JAN 2 2 2020 |
| 4 | Text messages | JAN 2 2 2020 | JAN 2 2 2020 |
| 5 | Photo | JAN 2 2 2020 | JAN 2 2 2020 |
| 6 | Text messages | JAN 2 2 2020 | JAN 2 2 2020 |
| 7 | Passport application | JAN 2 2 2020 | JAN 2 2 2020 |
| 8 | | | |
| 9 | | | |
| 10 | | | |