**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | TDC 20-00033 |
| WILLIAM GARFIELD BILBROUGH IV | * | |

**MOTION TO SEAL DEFENDANT'S**
**MOTION TO REVIEW DETENTION ORDER AND EXHIBITS IN SUPPORT**
**THEREOF AND TO SET CONDITIONS OF RELEASE**

The Defendant, by and through his attorney, Robert C. Bonsib, Esq., and the law office of MarcusBonsib, LLC, hereby requests that this Honorable Court grant the Defendant's Motion to Seal the Defendant's Motion to Review Detention Order and Exhibits In Support Thereof and To Set Conditions of Release, as reasons in furtherance thereof, states as follows:

1. The Defendant has filed a Motion to Review Detention Order and Exhibits in Support Thereof and to Set Conditions of Release that includes personal information of a type and nature that is not appropriate for public disclosure including, but not limited to, a mental/medical health information.

2. The Defendant is respectfully requesting that this Honorable Court order that the Defendant's Motion To Vacate Detention Order and Exhibits In Support Thereof and to Set Conditions of Release be sealed.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the relief prayed.

Respectfully submitted,

*/s/ Robert C. Bonsib*

_____
ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
robertbonsib@marcusbonsib.com
Trial Bar No. 00324

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing motion was filed, via ECF, this 12th day of January, 2020 to all parties of record

*/s/ Robert C. Bonsib*

_____
ROBERT C. BONSIB