IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-20-33 |
| | * | |
| WILLIAM GARFIELD BILBROUGH IV, | * | |
| | * | |
| Defendant | * | |

********

## PROPOSED ORDER

The Court is in receipt of the Government's Motion to Seal the Government's Opposition to Motion to Reopen Detention Hearing. For the reasons stated in the Government's motion, which the Court adopts as its findings, the Court grants the motion.

_____
Hon. Timothy J. Sullivan
United States Magistrate Judge