UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CASE NO. TDC 20-00033 |
| WILLIAM GARFIELD BILBROUGH, IV | * | |

**EXHIBIT #1 - IN SUPPORT OF DEFENDANT'S MARCH 17, 2018 MOTION TO VACATE DETENTION ORDER AND SET CONDITIONS OF RELEASE**

The Defendant by and through his attorneys, Robert C. Bonsib, Esq. and Megan E. Coleman, Esq., respectfully submits the attached Exhibit 1, a copy of which undersigned counsel has just received, and which further supports the Defendant's motion to set conditions of release in the above matter.

Respectfully submitted,

MARCUSBONSIB, LLC

*/s/ Robert C. Bonsib*
_____
ROBERT C. BONSIB, ESQ.
64ll Ivy Lane, Suite ll6
Greenbelt, Maryland 20770
robertbonsib@marcusbonsib.com
(30l) 44l-3000
Trial Bar No. 00324

*/s/ Megan E. Coleman*
_____
MEGAN E. COLEMAN, ESQ.
64ll Ivy Lane, Suite ll6
Greenbelt, Maryland 20770
robertbonsib@marcusbonsib.com
(30l) 44l-3000
Trial Bar No. 17552

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was filed, via ECF, this 18th day of March, 2020 to all parties of record.

                        */s/ Robert C. Bonsib*
                        _____
                        ROBERT C. BONSIB