# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | TDC 20-00033 |
| WILLIAM GARFIELD BILBROUGH IV | * | |

## MOTION TO SEAL DEFENDANT'S
## EXHIBIT (MEDICAL RECORDS)

The Defendant, by and through his attorney, Robert C. Bonsib, Esq., and the law office of MarcusBonsib, LLC, hereby requests that this Honorable Court grant the Defendant's Motion to to Seal Exhibit (Medical Records), as reasons in furtherance thereof, states as follows:

1. The Defendant has filed an Exhibit in Support of his Appeal that includes personal medical information of a type and nature that is not appropriate for public disclosure.

2. The Defendant is respectfully requesting that this Honorable Court order that the Defendant's Medical Record Exhibit be sealed.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the relief prayed.

Respectfully submitted,

*/s/ Robert C. Bonsib*

_____
ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
robertbonsib@marcusbonsib.com
Trial Bar No. 00324

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was filed, via ECF, this 29th day of March, 2020 to all parties of record

*/s/ Robert C. Bonsib*

_____
ROBERT C. BONSIB