# EXHIBIT NO. 4

# PTSO OPTIONS RE LOCATION MONITORING

**From:** Randy Canal <randy_canal@mdp.uscourts.gov>
**Date:** March 31, 2020 at 12:36:11 PM EDT
**To:** Jim Wyda <Jim_Wyda@fd.org>, "robert.hur_usdoj.gov" <robert.hur@usdoj.gov>, Maureen Essex <Maureen_Essex@mdd.uscourts.gov>
**Subject: Update: Location Monitoring Options During Pandemic**

Hi Maureen- This email is an update to Rob and Jim. Can you forward to the CJA? Thank you.

Rob and Jim-

I had previously advised that traditional location monitoring technologies (RF-Radio Frequency/GPS-Global Positioning System) would still be available in Adam Walsh Act cases during the COVID-19 pandemic. After further discussion with Chief Judge Bredar and the PPC, I wanted to advise you that RF and GPS will **NOT** be available on **ANY** cases during the pandemic due to the public health dangers associated with installing these technologies (inability to maintain social distancing). However, the following location monitoring and home incarceration options are still available:

- SmartLink: This new technology was recently made available by our LM vendor. The defendant self-installs the SmartLink app onto their smart phone, and the app periodically captures GPS points to confirm the defendant's location. The app includes several additional key features, including facial recognition technology to confirm compliance. Officers can guide the defendant through the installation process over the phone. However, to utilize this service, a defendant must have a smart phone and an email address.

- VoiceID: This is an automated technology that uses biometric voiceprint to confirm the defendant's presence at home. Random calls are scheduled throughout the day and/or night as determined by the officer. However, to most effectively utilize this service, the defendant should have a landline at the residence.

- Home Incarceration by Phone: In this situation, the officer would contact the defendant on their landline and/or smart phone to confirm presence in the residence. If calling the defendant's smart phone, GoogleDuo/FaceTime should be utilized to confirm the defendant is actually at the residence. Third party custodians should also be utilized to confirm compliance.

Please let me know if you have any questions. Thank you.

Randy