# EXHIBIT NO. 6

# DISTRICT OF COLUMBIA DOC NOTICES RE INMATES TESTING POSITIVE FOR COVID-19



9:25

< Inbox

### DC Department of Corrections reports two new positive cases of COVID-19

This evening, DC Department of Corrections (DC DOC) was notified that two additional residents in DOC custody have tested positive for COVID-19. The total of positive cases in DOC custody is 4.

One individual is a 37-year-old male and the second individual is a 38-year-old male; both individuals were previously housed in the Correctional Treatment Facility, D Building, before being moved to the quarantine unit on March 26th as a precautionary measure after an individual from their unit tested positive for COVID-19.

The individuals are currently in isolation in the Special Management Unit B (SMUB) and being monitored according to the Centers for Disease Control (CDC) guidelines.

DC DOC's Medical Department and Unity Health Care will continue working with DC Health on contact tracing and to protect the health and wellbeing of individuals in DOC's facilities.
Take care of yourself and one another. If you feel sick, do not come to work. Your health and safety are our top priority.

For more information on the District's response to

9:39                                         5Ge

< Inbox     **EFFECTIVE IMMEDIATELY:...**   ∧  ∨

**Effective 4:30 p.m. Friday, March 27, 2020** – To mitigate the possible spread of coronavirus (COVID-19) through DC Department of Corrections (DC DOC) facilities, the Department will move to modified movement and activities **effective immediately**.

For the safety of our workforce, residents, and contractors, DOC is implementing modified operations to minimize risk in our facilities, as much as practicable. This includes the cancellation of off-unit religious services, halting off-unit activities, and suspending barbering/cosmetology services.

All residents are being authorized for movements under the following conditions:

- Court (in-person and teleconference);
- Medical, mental health, and dental appointments;
- Work detail; and
- Legal visits/phone calls.

On-unit activities will continue, which includes groups, video visitation visits, phone calls, showers, and modified recreation. Modified recreation will include a reduction in out-of-cell time (minimum of 2.5 hours daily) to reduce the number of social contacts. Individual and small group religious services can continue on housing units. Medical is developing a plan to provide services on the units when appropriate. DOC is exploring opportunities to provide paper-based mental stimulation activities for residents such as books, word searches and crossword puzzles, Sudoku etc. The College and Career Readiness (CCR) division will continue to utilize virtual education tools available on the tablets as well as creating education packets for any of the population who are interested. The Programs and Case Management (PCM) division will be providing tablets and some paper-based programming, but no groups will be held by PCM staff.

Please continue to practice health and safety precautions to help keep our DOC facilities, staff

