# EXHIBIT NO. 8

# NOTICES / ORDERS FROM UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND RE COVID-19 SAFETY PRECAUTIONS

**From:** Catherine Stavlas <Catherine_Stavlas@mdd.uscourts.gov>
**Date:** March 28, 2020 at 4:09:54 PM EDT
**To:** MDDml_Magistrate Judges - All <MDDml_Magistrate_Judges-All@MDD.USCOURTS.GOV>, MDDml_Judges Secretaries - Magistrate-Baltimore <MDDml_Judges_Secretaries-Magistrate-Baltimore@mdd.uscourts.gov>, MDDml_Judges Secretaries - Magistrate-Greenbelt <MDDml_Judges_Secretaries-Magistrate-Greenbelt@mdd.uscourts.gov>, "robert.hur_usdoj.gov" <robert.hur@usdoj.gov>, "jonathan.lenzner_usdoj.gov" <jonathan.lenzner@usdoj.gov>, Jim Wyda <Jim_Wyda@fd.org>, Katherine Newberger <Katherine_Newberger@fd.org>, "johnny.hughes_usdoj.gov" <johnny.hughes@usdoj.gov>, "jack.leo_usdoj.gov" <jack.Leo@usdoj.gov>, "sterling.johnson_usdoj.gov" <sterling.johnson@usdoj.gov>, Randy Canal <randy_canal@mdp.uscourts.gov>
**Cc:** MDDml_PPC <MDDml_PPC@mdd.uscourts.gov>, Camille Powell <Camille_Powell@mdd.uscourts.gov>, Jessica Ionetz <jessica_Ionetz@mdd.uscourts.gov>
**Subject: Audio Court Proceedings**

Due to the outbreak of the novel coronavirus known as COVID-19, the Court has taken measures to reduce exposure to individuals appearing before the court for emergency criminal proceedings. During the week of March 23rd, the Court conducted Detention and Initial Appearance hearings during which the defendants, by consent, were able to avoid the additional risks of virus exposure involved with transport, and instead participate in hearings remotely through an audio link. The presiding Magistrate Judge, counsel, probation/pretrial staff, and courtroom staff were present in the courtroom. These hearings were conducted with defendants from rooms at CDF, CTF/DC Jail and the USMS space in the Baltimore courthouse. Prior to each hearing, defense counsel conferred by a private audio connection with the defendant.

The Court now adopts and announces procedures to eliminate the necessity of travel for all non-court participants in these emergency proceedings by allowing counsel and the probation/pretrial services officers to participate via audio conference. Although the Court is endeavoring to establish video links for defendant appearances, the equipment is not currently available at CDF and CTF/DC Jail. Defense counsel will be given the opportunity for a private telephone conversation just before the start of the scheduled hearing. Defense counsel should consult with their client regarding the client's consent to proceed by way of audio conference as that will be the first order of business when the hearing begins.

The process in place for the immediate future follows: All participants are asked to provide a phone number by which they can reached for the hearing no later than 60 minutes prior to the start of a scheduled hearing. Those phone numbers should be sent by email to both Camille_Powell@mdd.uscourts and Jessica_Ionetz@mdd.uscourts.gov . At <u>10 minutes prior to the scheduled hearing</u>, defense counsel will receive a phone call from the courtroom deputy. Should a significant delay occur, the courtroom deputy will reach out to the participants to inform them of the status, but absent that communication, please continue to stay by the telephone and await the start of the proceeding.

- For defendants housed at CDF, defense counsel will be provided with a telephone number and should immediately then use that number to phone their clients for a private conversation of 5-7 minutes. If defense counsel anticipates needing in excess of 5-7 minutes for that initial phone call please inform the courtroom deputy at least 60 minutes prior to your scheduled call. At the conclusion of the call with defendant, defense counsel should hang up. Approximately 2-3 minutes before the scheduled time for the hearing, the courtroom deputy will phone defense counsel again, ensure the conversation with the defendant has concluded, and then begin to connect the other parties and defendant and then transfer the conference to the Court's audio recording system.

- For defendants housed at CTF/DC Jail or participating from the USMS space in the courthouse, no incoming calls can be received at the facility, and therefore, defense counsel will be connected to the defendant for a private conversation of 5-7 minutes through a conference call setup by the courtroom deputy. If defense counsel anticipates needing in excess of 5-7 minutes for that initial phone call, please inform the courtroom deputy at least 60 minutes prior to your scheduled call. With defendants housed at CTF/DC Jail of the USMS space, defense counsel should not hang up at the conclusion of the private conversation. Both the defendant and defense counsel should stay on the line until the courtroom deputy returns to the line 2-3 minutes prior to the scheduled hearing time. The courtroom deputy will come back on the line, ensure the conversation has completed, and then begin to connect the other participants and then transfer the conference to the Court's audio recording system.

Although court staff has tested these audio links and procedures, should there be a technical failure during the course of the hearing, please stand by and allow the courtroom deputy to re-establish the audio conference in a similar manner as at the start of the hearing. If you have any questions regarding this description, you may send an email to Ms. Powell or Ms. Ionetz, or phone the Chief Deputy Clerk Catherine Stavlas at 301-802-6170.

The Court is asking all participants to be ready to proceed with their scheduled proceedings promptly, to communicate with each other as to any issues that may be resolved in advance, and to be concise in their presentations to the Court. Particularly with defendants housed at CTF/DC Jail, the courtroom deputy must be ready to take the incoming call from the facility and proceed at the scheduled time so as to avoid postponement of the proceeding. Therefore it is important for all hearings throughout the day to stay on schedule.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:     *
VIDEO TELECONFERENCING FOR     *     MISC. NO. 00-308
CRIMINAL PROCEEDINGS UNDER     *
CARES ACT     *
    *
*****

## STANDING ORDER 2020-06

Congress has passed legislation authorizing the use of video and telephone conferencing, under certain circumstances and with the consent of the defendant, for various criminal case events during the course of the COVID-19 emergency. *See* The CARES Act, H.R. 748. The Judicial Conference of the United States has also found that emergency conditions due to the national emergency declared by the President have affected and will materially affect the functioning of the federal courts generally.

As Chief Judge, and pursuant to Section 15002(b)(1) of the legislation, I hereby authorize the use of video conferencing, or telephone conferencing if video conferencing is not reasonably available, for all events listed in Section 15002(b) of the legislation, with the consent of the defendant after consultation with counsel.

Pursuant to Section 15002(b)(2), I further specifically find that felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person in this district without seriously jeopardizing public health and safety. As a result, if a judge in an individual case finds, for specific reasons, that a felony plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice, the judge may, with the consent of the defendant after consultation with counsel, use video conferencing, or teleconferencing if video conferencing is not reasonably

available, for the felony plea or sentencing in that case. Judges may also use this authority for equivalent events in juvenile cases as described in Section 15002(b)(2)(B).

Pursuant to Section 15002(b)(3) of the legislation, this authorization will remain in effect for 90 days unless terminated earlier. If emergency conditions continue to exist 90 days from the entry of this order, I will review this authorization and determine whether to extend it.

Date: March 29, 2020      /s/ JAMES K. BREDAR
James K. Bredar, Chief Judge
United States District Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:                                 \*

COVID-19 PANDEMIC PROCEDURES     \*          MISC. NO. 20-146

                                         \*

\*\*\*\*\*

## ORDER

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease; and

WHEREAS, only *emergency* matters relating to public safety, public health and welfare, and individual liberty are being heard by the Court, and those matters being few in number; and

WHEREAS, consolidating court operations in one division will conserve scarce court and court-related agency resources, reduce the number of staff required to enter courthouses in this District, and allow for more effective, focused, and efficient health screening measures, it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective immediately, all in-court proceedings in the Southern Division U.S. Courthouse in Greenbelt, Maryland are temporarily SUSPENDED until further Order of the Court; and it is further

ORDERED that all emergency criminal, civil, and bankruptcy matters related to public safety, public health and welfare, and individual liberty arising in the Southern Division shall be heard in the Northern Division U.S. Courthouse in Baltimore, Maryland; and it is further

ORDERED that, while in-court proceedings will no longer be regularly conducted there, the Southern Division Courthouse shall remain sufficiently staffed to retain the capacity to hear

emergency proceedings at short notice when unique circumstances make that necessary and appropriate; and it is further

ORDERED that electronic filing through CM/ECF will remain available for all Northern Division and Southern Division cases, and self-represented litigants may continue to deposit and date-stamp papers in both the Northern Division and Southern Division drop boxes between 9:00 a.m. and 4:00 p.m., Monday through Friday; and it is further

ORDERED that this Order shall be vacated or amended as circumstances warrant.

March 18, 2020
Date

James K. Bredar, Chief Judge
United States District Court