# EXHIBIT NO. 9

# PHOTOGRAPHS FROM
# NRA WEBSITE

"COME AND TAKE IT"





TEXT SURVIVE TO 60937

LIVE

Disabled Woman Weak to
Coronavirus Issues Message to
Politicians Using Pandemic to Push
Gun Control

NRA | NATIONAL RIFLE ASSOCIATION

LIVE CHAT

KNIVES · COLLECTIBLES

WE BUY GUNS
Single Gun or Entire Collection

GUNS

N B. RESTING

COLLECTORS GUNS

11029

NEW

COVID-19: Threat to Second Amendment


FIND A PLACE TO SHOOT