# EXHIBIT NO. 10

# PHOTOGRAPHS RE RITUALISTIC AND OTHER ANIMAL SLAUGHTER



File:Ritual Goat Sacrifice in Sahara.JPG - Wikimedia Commons

X

Images may be subject to copyright. Learn More

Related images

See more

Animal sacrifice in Hinduism - W...
en.wikipedia.org

Goat about to be sacrifice. - Pict...
tripadvisor.com

Goat being sacrificed for maria...
alamy.com

Tabaski or Eid Al Adha. The slau...
alamy.com

Cleaning Sacrificed Goat Dakshi...
pbase.com

