IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | TDC 20-00033 |
| WILLIAM GARFIELD BILBROUGH IV | * | |

**MOTION TO SEAL DEFENDANT'S
SUPPLEMENT TO DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO REVIEW DETENTION ORDER**

The Defendant, by and through his attorney, Robert C. Bonsib, Esq., and the law office of MarcusBonsib, LLC, hereby requests that this Honorable Court grant the Defendant's Motion to Seal the Defendant's Supplement to Defendant's Reply to Government's Response to Defendant's Motion to Review Detention Order and Exhibits In Support Thereof and To Set Conditions of Release, as reasons in furtherance thereof, states as follows:

1. The Defendant has filed a Supplemental Reply to the Government's Response to the Defendant's Motion to Review Detention Order and Exhibits in Support Thereof and to Set Conditions of Release that includes confidential information of a type and nature that is not appropriate for public disclosure.

2. The Defendant is respectfully requesting that this Honorable Court order that the Defendant's Supplemental Reply be sealed.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the relief prayed.

Respectfully submitted,

*/s/ Robert C. Bonsib*

_____
ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
robertbonsib@marcusbonsib.com
Trial Bar No. 00324

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing motion was filed, via ECF, this 3nd day of April, 2020 to all parties of record

*/s/ Robert C. Bonsib*

_____
ROBERT C. BONSIB