# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN MARK LEMLEY, JR.,<br>PATRIK JORDAN MATHEWS and<br>WILLIAM GARFIELD BILBROUGH, IV,<br><br>Defendants. | Criminal Action No. TDC-20-0033 |

## ORDER

For the reasons stated at the Initial Status Conference on September 4, 2020, it is hereby ORDERED that:

1. By agreement of the parties, the following briefing schedule is established for the Motions to Suppress, ECF Nos. 102, 103, 104, 107, 110; the Motion to Dismiss Counts 9 and 12, ECF No. 105; and the Motion for Severance, ECF No. 106:

    Government's Opposition Memoranda:        October 16, 2020

    Defendants' Reply Memoranda:                November 16, 2020

2. By agreement of the parties, a hearing on the Motions is scheduled for January 12, 2021 at 9:00 a.m. at the United States Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland. The specific courtroom for the hearing will be identified on the Court's website at the beginning of the week of the proceeding.

3. The Government and Defendant William Garfield Bilbrough, IV shall file a Joint Status Report by October 9, 2020.

4. The Motions to Adopt Motions of Other Defendants, ECF Nos. 109, 115, are GRANTED.

5.  The Motions for Leave to File Additional Motions, ECF Nos. 108, 116, are GRANTED IN PART and DENIED IN PART.  The Motions are granted to the extent that Defendants may file additional motions, or supplement previously filed motions, upon a showing that they could not have filed or such motions or supplemental information by the original general motions deadline based on the information available to them, or which could have been available to them based on reasonable diligence, as of that deadline.  They are otherwise denied.

Date:  September 4, 2020                             /s/ *Theodore D. Chuang*
                                                                           THEODORE D. CHUANG
                                                                           United States District Judge