IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. TDC-20-33** |
| | * | |
| **WILLIAM GARFIELD BILBROUGH IV,** | * | |
| | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

## JOINT STATUS REPORT

In accord with the scheduling order, ECF No. 117, the parties file this Joint Status Report. Resolution has been slowed somewhat by the timing of facility mail and the ability of counsel to confer with the defendant. The parties expect disposition in this case within the next month. If no such disposition is achieved, the parties propose setting a deadline for an additional status report one month from today, on November 9, 2020.

Respectfully submitted,

Robert K. Hur
United States Attorney

/s/
Thomas P. Windom
Assistant United States Attorney