IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. TDC-20-33 |
| | * |
| BRIAN MARK LEMLEY, JR, | * |
| PATRIK JORDAN MATHEWS, and | * |
| WILLIAM GARFIELD BILBROUGH IV, | * |
| | * |
| Defendants | * |
| | * |

*******

## NOTICE OF ATTORNEY APPEARANCE

MADAM CLERK:

Please enter the appearance of Adrienne C. Dedjinou as co-counsel for the government for all purposes in the above-captioned case and strike the appearance of Jamie M. McCall.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____/s/_____
Adrienne C. Dedjinou
Special Assistant United States Attorney