IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | TDC 20-00033 |
| WILLIAM GARFIELD BILBROUGH IV | * | |

### MOTION TO SEAL DEFENDANT'S
### MEMORANDUM IN SUPPORT OF DEFENDANT'S REQUEST
### FOR AN IMMEDIATE SENTENCING

The Defendant, by and through his attorney, Robert C. Bonsib, Esq., and the law office of MarcusBonsib, LLC, hereby requests that this Honorable Court grant the Defendant's Motion to to Seal Defendant's Motion To Seal Defendant's Memorandum In Support Of Request For An Immediate Sentencing and, as reasons in furtherance thereof, states as follows:

1. The Defendant has filed a Memorandum In Support of Defendant's Request for an Immediate Sentencing including Memorandum Exhibits Nos. 1, 2 and 3 that addresses issues pertinent to the proceeding now scheduled before the Court on December 8, 2020. Those filings include personal medical information and other information of a type and nature that is not appropriate for public disclosure.

2. The Defendant is respectfully requesting that this Honorable Court order that the Defendant's Memorandum and Exhibits Nos. 1, 2, 3 be sealed.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the relief prayed.

Respectfully submitted,

*/s/ Robert C. Bonsib*

_____
ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
robertbonsib@marcusbonsib.com
Trial Bar No. 00324

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was sent via ECF, this 2nd day of December, 2020 to Assistant United States Attorney Thomas Windom.

*/s/ Robert C. Bonsib*

_____
ROBERT C. BONSIB