IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-20-33 |
| | * | |
| WILLIAM GARFIELD BILBROUGH IV, | * | |
| | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

## RESPONSE TO DEFENSE REQUEST FOR AN IMMEDIATE SENTENCING

The defendant is scheduled to plead guilty on December 8, 2020. The defendant has requested to proceed to sentencing immediately after pleading guilty. The Government has no objection. If the sentencing took place at a later date, the Court likely would not gain additional information necessary for sentencing. The Court already has received substantial briefing on the defendant's conduct when ordering the defendant's pre-trial detention. *See, e.g.*, ECF Nos. 77, 83, 86, 93; Case No. 20-mj-194-CBD, ECF No. 12. As part of that proceeding, the Court reviewed additional briefing from two proceedings before Magistrate Judge Sullivan, as well as the recordings of those proceedings. ECF No. 92. Additionally, the Court has the benefit of being able to review the affidavits in support of search warrants and Title III authority submitted in connection with the pending motions of the defendant's co-defendants. ECF No. 124. The Government has confirmed that the defendant has no criminal record. And as the Court is aware, the parties have agreed to a specific term of imprisonment under Federal Rule of Criminal Procedure 11(c)(1)(C).

Respectfully submitted,

Robert K. Hur
United States Attorney

/s/
Thomas P. Windom
Assistant United States Attorney